

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Lamonte Wesley Brown, Appellant

No. 06-16-00007-CR          v.

The State of Texas, Appellee

Appeal from the 292nd District Court of Dallas County, Texas (Tr. Ct. No. F-1434606-V). Opinion delivered by Chief Justice Morriss, Justice Moseley and Justice Burgess participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

We note that the appellant, Lamonte Wesley Brown, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED OCTOBER 14, 2016
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk